JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT SOOKI HONG,<br><br>    Defendant. | Case No.: 2:21-cv-06331-AB (PDx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 28, 2021

                                      ANDRÉ BIROTTE JR.
                                      UNITED STATES DISTRICT JUDGE